**Frank W. KUNZE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 220, Docket 22621.

United States Court of Appeals Second Circuit.

Argued May 13, 1953.

Decided May 13, 1953.

Bernard Weiss, New York City, for petitioner.

Carolyn R. Just, H. Brian Holland, Asst. Atty. Gen., Washington, D. C., for respondent.

Before SWAN, Chief Judge, and L. HAND and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below in open court without argument by counsel for respondent. 19 T.C. 29.

**SUN OIL COMPANY, Appellant, v. TRANSCONTINENTAL GAS PIPE LINE CORPORATION.**

Nos. 10976, 11030.

United States Court of Appeals Third Circuit.

Argued April 24, 1953.

Decided May 15, 1953.

Rehearing Denied June 8, 1953.

Thomas E. Byrne, Jr., Philadelphia, Pa. (Mark D. Alspach, Krusen, Evans & Shaw, Philadelphia, Pa., on the brief), for appellant.

Joseph W. Henderson, Philadelphia, Pa. (Saul, Ewing, Remick & Saul, Rawle & Henderson, George M. Brodhead, Jr., Edward A. G. Porter, Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The judgment here will be affirmed upon the opinion of Judge Grim in the District Court, 108 F.Supp. 280.